## Blanche Pennington Bidle, Plaintiff-Appellant, v. Richard Ellis Bidle, Defendant-Appellee.

### Gen. No. 9,848.

Fribley & LaCharite, for appellant; Joe P. Longwell, for appellee. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full. Opinion filed November 5, 1952; released for publication December 2, 1952.